

## United States District Court
## Eastern District of California

| People for the Ethical Treatment of Animals |
|---|
Plaintiff(s)

Case Number: 2:25-cv-01847

V.

| The Barry R. Kirshner Wildlife Foundation |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Raquel Panza hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, People for the Ethical Treatment of Animals, Inc.

On 12/21/2022 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/01/2025          Signature of Applicant: /s/ Raquel Panza

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Raquel Panza |
| Law Firm Name: | Foundation to Support Animal Protection |
| Address: | 501 Front Street |
| City: | Norfolk      State: VA      Zip: 23510 |
| Phone Number w/Area Code: | (951) 445-3004 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | RPanza@petaf.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Chris A. Hollinger |
| Law Firm Name: | O'Melveny & Myers LLP |
| Address: | Two Embarcadero Center |
| | 28th Floor |
| City: | San Francisco      State: CA      Zip: 94111-3823 |
| Phone Number w/Area Code: | (415) 984-8906     Bar # 147637 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 17 July 2025

_____
JUDGE, U.S. DISTRICT COURT



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

I, *Darrell M. Joseph*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

*Raquel E. Panza*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 21, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 27, 2025.*

Clerk of the Court

CertID-00238773



𝕬𝖕𝖕𝖊𝖑𝖑𝖆𝖙𝖊 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓
𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝖙𝖍𝖊 𝕾𝖙𝖆𝖙𝖊 𝖔𝖋 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐
𝕾𝖊𝖈𝖔𝖓𝖉 𝕵𝖚𝖉𝖎𝖈𝖎𝖆𝖑 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙
45 𝕸𝖔𝖓𝖗𝖔𝖊 𝕻𝖑𝖆𝖈𝖊
𝕭𝖗𝖔𝖔𝖐𝖑𝖞𝖓, 𝕹.𝖄. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Darrell M. Joseph
Clerk of the Court

Revised October 2024