Robert M. Merritt, CSBN 139983
LAW OFFICES OF ROBERT M. MERRITT, APC
601 University Avenue, Suite 141
Sacramento, CA 95825
(916) 925-2200
Facsimiles (916) 925-2239
rmmlaw@msn.com

Attorneys for Defendant Sean Castro

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | Case No. 2:25-CV-1847-DMC |
| Plaintiff, | ORDER |
| v. | |
| THE BARRY R. KIRSHNER WILDLIFE FOUNDATION; ROBERT KIRSHNER; SEAN CASTRO; BRIAN THOMAS; JANRA ENTERPRISES; TERRIFIC LLC; MEGAN SWARTZ; BIG CAT REFUGE; RYAN CARLSON; AND JOHN-THOMAS TERLITSKY, | |
| Defendants. | |

Before the Court is Defendant Castro's motion, ECF No. 12, for an extension of time to file a response to Plaintiff's complaint.   Good cause appearing therefor, Defendant's motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED that Defendant Castro's motion to dismiss, ECF No. 14, filed on September 11, 2025, is deemed a timely response to the complaint.

Dated:   September 15, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Order Granting Motion for Extension of Time
Respond to Complaint