IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE BARRY R. KIRSHNER WILDLIFE FOUNDATION, et al.,<br><br>Defendants. | No. 2:25-CV-1847-DMC<br><br><br>ORDER |

       Plaintiff, which is proceeding with retained counsel, brings this civil action. This action was filed on July 1, 2025. See ECF No. 1. Pursuant to Appendix A to the Court's local rules, this matter has not been assigned to a District Judge. On July 1, 2025, the Court issued an amended initial scheduling order for cases assigned to a Magistrate Judge only under Appendix A. See ECF No. 4. In that order, the Court advised the parties of the availability of consent to a Magistrate Judge for all purposes, including entry of final judgment, and directed the parties to submit consent election forms within 90 days after the date the action was filed. See id. at 1-2. The order further provided: "Because a consent designation assists the court in determining how the action would be administratively processed, the parties are instructed to make their election

/ / /

/ / /

1

promptly and notify the Clerk of the Court as soon as practicable." Id. at 1.  The parties were cautioned as follows:

> . . .The parties are strongly encouraged to submit their consent forms before the filing of any motion, so the motion can be noticed before the proper judge.  Failure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted.

Id. at 2.

Here, before all defendants had been served and before all parties had submitted a consent election form, Defendant Sean Castro filed a motion to dismiss, which was noticed for hearing before the undersigned in Redding, California, on October 15, 2025, at 10:00 a.m.  See ECF No. 14.  The motion was filed on September 11, 2025, and has not yet been fully briefed.[1] More than 90 days have passed since the action was filed, and, to date, all parties have not appeared or informed the Court regarding consent to proceed before a Magistrate Judge.[2]  The Court will, therefore, consistent with the July 1, 2025, order, vacate the October 15, 2025, hearing.  Defendant Castro's motion to dismiss will not be resolved until such time as all parties have appeared and submitted their consent election forms.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The hearing set before the undersigned on October 15, 2025, is VACATED.

2.  Defendant Castro's pending motion to dismiss, ECF No. 14, will not be resolved until such time as the parties all submit their consent election forms.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The Court notes that Plaintiff and Defendant Castro have filed a stipulation to extend the time to file a response to Defendant Castro's motion to dismiss.  See ECF No. 27.

[2] A consent election form has been received by Plaintiff and Defendant Castro only.  See ECF Nos. 11 and 26.

3. Briefing on Defendant Castro's motion to dismiss is suspended until such time as the matter may be re-set for hearing before the undersigned or before a District Judge following submission of consent election forms by all parties.

Dated: September 30, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE