Law Office of Patrick M. Ciocca
Patrick Ciocca (SB #219418)
2901 Cleveland Avenue
Suite 201
Santa Rosa, CA 95403
(415) 265-4200
(707) 286-0058(fax)

Attorney for Defendant
**SARGON OSHANA**

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, <br><br> Plaintiff <br><br> v. <br><br> THE BARRY KIRSHNER WILDLIFE FOUNDATION, ROBERTA KIRSHNER, et al. <br><br> Defendants. | ) **Case No.:** 21CV382456 <br> ) <br> ) **ANSWER TO COMPLAINT FOR DAMAGES** <br> ) **AND EQUITABLE RELIEF** <br> ) <br> ) Date: <br> ) Time: <br> ) Dept.: <br> ) Judge: <br> ) <br> ) <br> ) |

COMES NOW defendants THE BARRY KIRSHNER WILDLIFE FOUNDATION and ROBERTA KIRSHNER, who hereby file the following answer to the complaint of plaintiff PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS in the above captioned matter.

Dated:  October 29, 2025                    Respectfully submitted,

                                            _____
                                            Patrick Ciocca
                                            Attorney for Defendant

1

**ANSWERS TO COMPLAINT FOR DECLARATORY AND INJUNCITVE RELIEF**

**I.    INTRODUCTION**

1. Defendants admit this is a citizen lawsuit brought under the Endangered Species Act. Defendants deny all other allegations made in this paragraph.

2. Defendants admit The Bary Kirshner Wildlife Foundation (BKWF) operated under 501(c)(3) status. Defendants deny all other allegations made in this paragraph.

3-7. Defendants deny each and every allegation made in paragraphs 3-7.

8 Defendants admit there was a movement to "bring the animals home." Defendants deny every other allegation in this paragraph.

9. Defendants lack knowledge or information and therefore deny the allegations in this paragraph.

10. Defendants lacks knowledge or information and therefore deny the allegations in this paragraph.

**II.    JURISDICTION AND VENUE**

11.    Defendant Roberta Kirshner admits this court has personal jurisdiction over her.

12.    Defendant The Barry Kirshner Wildlife Foundation admits this court has personal jurisdiction over it. As to all other allegations made in this paragraph, Defendant lacks knowledge and therefore denies all other allegations made in this paragraph.

13. The Defendants admit this Court has subject matter jurisdiction over this case.

14. Defendants lack knowledge or information and therefore deny the allegations in this paragraph.

15. Defendants lack knowledge or information and therefore deny the allegations in this paragraph.

16. Defendants lack knowledge or information and therefore deny the allegations in this paragraph.

17. Defendants lack knowledge or information and therefore deny the allegations in this paragraph.

**III. PARTIES**

18. Defendants lack knowledge or information and therefore deny the allegations in this paragraph.

19. Defendants admit its physical location, the year of establishment, its exhibitor license and the history of its restricted species permit. Regarding the rest of the paragraph, Defendant's deny.

20. Defendants deny each and every allegation made in this paragraph.

21-34. Defendants lack knowledge or information and therefore deny the allegations in these paragraphs.

**IV. STATUTORY BACKGROUND**

35. Defendants lack knowledge or information and therefore deny the allegations in this paragraph.

36. Defendants lack knowledge or information and

therefore deny the allegations in this paragraph.

**V.   FACTUAL ALLEGATIONS**

37.   Defendants deny each and every allegation made in this paragraph.

38-39.   Defendants agree in principle with the opinions set forth in these paragraphs.

40-352.   Defendants deny each and every allegation made in these paragraphs.

353-367.   Defendants lack knowledge or information and therefore deny the allegations in these paragraphs.

**VI. DEFENDANTS' ACTIONS HAVE CAUSED AESTHETIC INJURY TO ONE OR MORE OF PETA'S MEMBERS**

368-378.   Defendants lack knowledge or information and therefore deny the allegations in these paragraphs.

**VII. CLAIMS FOR RELIEF**

379-385.   Defendants deny each and every allegation made in these paragraphs.

**VIII. FIRST AFFIRMATIVE DEFENSE (LACK OF STANDING)**

The Defendants assert that the Plaintiff or the person bringing suit on behalf of the Plaintiff does not have standing to bring this case.

///

///

///

**IX.   SECOND AFFIRMATIVE DEFENSE (ADDITIONAL AFFIRMATIVE DEFENSES)**

The Defendants reserve the right to assert additional affirmative defenses in the event discovery and/or investigation indicate that additional affirmative defenses are applicable.

WHEREFORE, defendant prays:

1. That the plaintiff be granted no relief in this action;

2. For costs herein incurred;

3. For reasonable attorney's fees; and

4. For such other and further relief as the court may deem proper.

Respectfully submitted,

October 29, 2025

_____

Patrick Ciocca

Attorney for defendant