JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:    415.364.5540
Facsimile:    415.391.4436

Attorneys for Defendants
Janra Enterprises; Terrific, LLC;
Megan Swartz; Big Cat Refuge;
Ryan Carlson; and John-Thomas Terlitsky

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People for the Ethical Treatment of Animals, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>The Barry R. Kirshner Wildlife Foundation; Roberta Kirshner; Sean Castro; Brian Thomas; Janra Enterprises; Terrific, LLC; Megan Swartz; Big Cat Refuge; Ryan Carlson; and John-Thomas Terlitsky,<br><br>Defendants. | Case No. 25-cv-01847-DMC<br><br>**ADMINISTRATIVE MOTION (PURSUANT TO STIPULATION) OF DEFENDANTS JANRA ENTERPRISES; TERRIFIC, LLC; MEGAN SWARTZ; BIG CAT REFUGE; RYAN CARLSON; AND JOHN-THOMAS TERLITSKY TO EXTEND TIME TO RESPOND TO COMPLAINT** |

I.  **INTRODUCTION**

This is a stipulated administrative motion ("Motion") to extend the deadline for Defendants Janra Enterprises; Terrific, LLC; Megan Swartz; Big Cat Refuge; Ryan Carlson; and John-Thomas Terlitsky ("the Janra Defendants") to respond to the Complaint of Plaintiff People for the Ethical Treatment of Animals, Inc. ("Plaintiff" or "PETA").

This action has settled as it relates to the Janra Defendants and PETA's claims against the Janra Defendants will be dismissed once the Janra Defendants comply with the parties' Settlement Agreement, which is anticipated to happen over the December holidays. Accordingly,

1

the Janra Defendants respectfully request the Court extend the Janra Defendants' deadline to respond to the Complaint up to and including January 20, 2026. PETA does not oppose this request.

## II. FACTUAL BACKGROUND

PETA served counsel for the Janra Defendants with waivers of service of the summons and Complaint for Janra Enterprises, Terrific, LLC, Megan Swartz, Ryan Carlson, and John-Thomas Terlitsky on July 23, 2025. Stipulation to Extend Deadline to Respond to Complaint ("Stipulation") ¶ 1. Big Cat Refuge was personally served with the summons and Complaint on September 10, 2025. *Id.* ¶ 2. Janra Enterprises, Terrific, LLC, Megan Swartz, Ryan Carlson, and John-Thomas Terlitsky, through their counsel, executed waivers of service of the summons and Complaint on August 1, 2025. *Id.* ¶ 3. The initial deadline for Janra Enterprises, Terrific, LLC, Megan Swartz, Ryan Carlson, and John-Thomas Terlitsky to respond to the Complaint was September 22, 2025. *Id.* ¶ 4. The initial deadline for Big Cat Refuge to respond to the Complaint was October 1, 2025. *Id.* ¶ 5. Pursuant to agreement with Plaintiff, Janra Enterprises, Terrific, LLC, Megan Swartz, Ryan Carlson, and John-Thomas Terlitsky received one extension of time to respond to the Complaint by twenty-eight (28) days, up to and including October 20, 2025 and Big Cat Refuge received one extension of time to respond to the Complaint by twenty-eight (28) days, up to and including October 29, 2025. *Id.* ¶ 6.

Plaintiff and the Janra Defendants entered into a Settlement Agreement, effective September 17, 2025, with final performance by the Janra Defendants under that Settlement Agreement due on or about December 16, 2025 and submission to the Court of the documentation effectuating dismissal of PETA's claims against the Janra Defendants due shortly thereafter. *Id.* ¶ 7.

In light of the Settlement Agreement and the necessary time for final performance by the Janra Defendants, Plaintiff and the Janra Defendants have stipulated to an extension of time for the Janra Defendants to respond to the Complaint such that the Janra Defendants shall have up to and including January 20, 2026 to respond to the Complaint. *Id.* ¶ 8. It is the expectation of both

2

Plaintiff and the Janra Defendants that final performance and dismissal of all claims against the Janra Defendants will occur before January 20, 2026.

This request for an extension does not affect the pending litigation schedule of the non-Janra Defendants or Plaintiff. *Id.* ¶ 9.

### III. GOVERNING LAW

Local Rule 233 ("L.R. 233") provides as follows:

> Miscellaneous administrative matters which require a Court order may be brought to the Court's attention through a motion for administrative relief. Examples of matters that such motions may address include motions to exceed applicable page limitations; requests to shorten time on a motion; requests to extend a response deadline; requests to alter a briefing schedule; or requests to alter a discovery schedule that does not affect dispositive motion filing dates, trial dates, or the final pre-trial conference.
>
> (a) Procedure for Filing. A motion for administrative relief:
> (1) must be labeled as a motion for administrative relief;
> (2) may not exceed 5 pages (excluding declarations and exhibits);
> (3) must set forth specifically the action requested, the reasons supporting the request, and relevant background information (such as a description of any similar relief that has previously been granted);
> (4) must be accompanied by a proposed order;
> (5) must include a statement setting forth the position of all parties affected by the motion, or a statement explaining why such position could not be ascertained; and
> (6) if manually filed, must be delivered with all attachments on all parties on the same day the motion is filed.
>
> …
>
> (c) Submitted without Hearing. Unless otherwise ordered, a Motion for Administrative Relief is submitted on the day after the opposition is due for immediate action by the Court without hearing.

### IV. ARGUMENT

This Motion complies with Local Rule 233. It is a request to extend a response deadline. Accordingly, the relief sought herein is appropriate to be granted under L.R. 233.

The Motion is labeled as an administrative motion per L. R. 233(a)(1).

The Motion does not exceed 5 pages per L. R. 233(a)(2).

The Motion explains the action requested, the reasons supporting it, and the relevant background information per L. R. 233(a)(3). To wit, an extension of time for the Janra Defendants to respond to the Complaint because the Janra Defendants have settled with PETA, however, final performance under the Settlement Agreement and PETA's dismissal of the claims

against the Janra Defendants are not yet required by the terms of the Settlement Agreement. *See* Stipulation ¶¶ 7-8.

The Motion is accompanied by a proposed order granting the relief requested per L. R. 233(a)(4).

The Motion sets forth the position of all parties affected by the Motion, namely, that PETA does not oppose the relief requested and has executed a stipulation consistent with that position per L. R. 233(a)(5). *See generally* Stipulation.

The Motion is not manually filed; therefore L. R. 233(a)(6) is inapplicable.

**V.    CONCLUSION**

The Janra Defendants respectfully request the Court grant the Motion and order that they shall have up to and including January 20, 2026 to respond to the Complaint.

Dated: November 5, 2025					FOX ROTHSCHILD LLP


						By: */s/ Jack Praetzellis*
						      Jack Praetzellis
						Attorneys for Defendants
						Janra Enterprises; Terrific, LLC; Megan Swartz;
						Big Cat Refuge; Ryan Carlson; and John-
						Thomas Terlitsky