Chris A. Hollinger (SBN 147637)
chollinger@omm.com
Kaitlyn A. Gosewehr (SBN 313458)
kgosewehr@omm.com
Andrew N. Ezekoye (SBN 360536)
aezekoye@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Ctr. 28th Floor
San Francisco, California 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Laura K. Kaufmann (SBN 329714)
lkaufmann@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Suite 1900
Los Angeles, California  90071-2811
Telephone:    +1 213 430 6000
Facsimile:    +1 213 430 6407

Asher Smith (NY Bar #5379714) (admitted *pro hac vice*)
Raquel Panza (NY Bar #5963251) (admitted *pro hac vice*)
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
Telephone:    +1 202 483-7382
Facsimile:    +1 202 540-2208

*Counsel for Plaintiff People for the Ethical Treatment of Animals, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People for the Ethical Treatment of Animals, Inc.<br><br>            Plaintiff,<br><br>        v.<br><br>The Barry R. Kirshner Wildlife Foundation; Roberta Kirshner; Sean Castro; Brian Thomas; Janra Enterprises; Terrific, LLC; Megan Swartz; Big Cat Refuge; Ryan Carlson; and John-Thomas Terlitsky<br><br>            Defendants. | No. 2:25-cv-01847-DMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE JANRA DEFENDANTS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff People for the Ethical Treatment of Animals, Inc. ("PETA") hereby voluntarily dismisses **with prejudice** all claims asserted in this action against Defendants Janra Enterprises; Terrific, LLC; Megan Swartz; Big Cat Refuge; Ryan Carlson; and John-Thomas Terlitsky (collectively, "the Janra Defendants").

None of the Janra Defendants has served an answer or a motion for summary judgment in this action. Accordingly, PETA is entitled to dismiss its claims against the Janra Defendants as of right, without order from the Court, pursuant to Rule 41(a)(1)(A)(i). *See Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) (holding that Rule 41(a)(1) permits a plaintiff to dismiss individual defendants by notice, so long as those defendants have not served an answer or motion for summary judgment). This dismissal with prejudice is therefore effective immediately upon the filing of this Notice.

This action shall continue as to the remaining defendants.

Dated: May 14, 2026.

Respectfully submitted,

*/s/ Chris A. Hollinger*
Chris A. Hollinger (SBN 147637)
chollinger@omm.com
Kaitlyn A. Gosewehr (SBN 313458)
kgosewehr@omm.com
Andrew N. Ezekoye (SBN 360536)
aezekoye@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, California  94111
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Laura K. Kaufmann (SBN 329714)
lkaufmann@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California  90071
Telephone:    (213) 430-6000
Facsimile:     (213) 430-6407

1

Notice Of Voluntary Dismissal
Of Janra Defendants
Case No. 2:25-cv-01847-DMC

Asher Smith (NY Bar #5379714) (admitted *pro hac vice*)
Raquel Panza (NY Bar #5963251) (admitted *pro hac vice*)
PETA FOUNDATION
1536 16th Street, NW
Washington, DC  20036
Telephone:    (202) 483-7382
Facsimile:    (202) 540-2208

*Counsel for Plaintiff People for the Ethical Treatment of Animals, Inc.*