**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | No.  2:25-CV-1847-DMC |
| Plaintiff, | |
| v. | ORDER |
| THE BARRY R. KIRSHNER WILDLIFE FOUNDATION, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal of the following defendants with prejudice: Janra Enterprises; Terrific, LLC; Megan Swartz; Big Cat Refuge; Ryan Carlson; and John-Thomas Terlitsky.  Because no answer or motion for summary judgment has been filed by these defendants, leave of Court is not required and the action is dismissed with prejudice as against these defendants on Plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate the following as defendants to the action: Janra Enterprises; Terrific, LLC;

/ / /

/ / /

/ / /

/ / /

1

Megan Swartz; Big Cat Refuge; Ryan Carlson; and John-Thomas Terlitsky.

IT IS SO ORDERED.

Dated:  May 20, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE