**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | No.  2:25-CV-1847-DMC |
| Plaintiff, | |
| v. | ORDER |
| THE BARRY R. KIRSHNER WILDLIFE FOUNDATION, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' joint request for a scheduling conference. See ECF No. 37.  Good cause appearing therefor, the request will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The parties' joint request for a scheduling conference, ECF No. 37, is granted.

2.      The matter is set for an initial status/scheduling conference before the undersigned on August 5, 2026, at 10:00 a.m., via Zoom.

///

///

///

1

3.      On or before July 29, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

Dated:  June 30, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2