**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | No.  2:25-CV-1847-DMC |
| Plaintiff, | |
| v. | ORDER |
| THE BARRY R. KIRSHNER WILDLIFE FOUNDATION, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal of Defendant Sean Castro with prejudice, see ECF No. 40, and a notice of voluntary dismissal of Defendant Brian Thomas without prejudice, see ECF No 39.  Because no answer or motion for summary judgment has been filed by these defendants, leave of Court is not required and the action is dismissed with prejudice as against Defendant Castro and without prejudice as against Defendant Thomas on Plaintiff's notices.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate the following as defendants to the action: Brian Thomas and Sean Castro.  The pending motion to dismiss filed by

/ / /

/ / /

/ / /

1

Sean Castro, ECF No. 14, is rendered moot upon the dismissal of Mr. Castro and the Clerk of the Court is further directed to terminate ECF No. 14 as a pending motion.

IT IS SO ORDERED.

Dated:  June 30, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE