United States District Court
Eastern District of California

People for the Ethical Treatment of Animals

Plaintiff(s)

V.

The Barry R. Kirshner Wildlife Foundation

Defendant(s)

Case Number: 2:25-cv-01847

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Carey Buxton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, People for the Ethical Treatment of Animals, Inc.

On 09/24/2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/10/20 26

Signature of Applicant: /s/ Carey Bux ton

**Pro Hac Vice Attorney**

Applicant's Name: Carey Buxton

Law Firm Name: Foundation to Support Animal Protection

Address: 501 Front Street

City: Norfolk State: VA Zip: 23510

Phone Number w/Area Code: (443) 867-0262

City and State of Residence: McAllen, TX

Primary E-mail Address: CBuxton@petaf.org

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Chris A. Hollinger

Law Firm Name: O'Melveny & Myers LLP

Address: Two Embarcadero Center

28th Floor

City: San Francisco State: CA Zip: 94111-3823

Phone Number w/Area Code: (415) 984-8906 Bar # 147637

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 17 Aug 2026

JUDGE, U.S. DISTRICT COURT