Chris A. Hollinger (SBN 147637)
chollinger@omm.com
Kaitlyn A. Gosewehr (SBN 313458)
kgosewehr@omm.com
Christopher B. Phillips (SBN 330256)
cphillips@omm.com
Andrew N. Ezekoye (SBN 360536)
aezekoye@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Laura K. Kaufmann (SBN 329714)
lkaufmann@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Raquel Panza (NY Bar #5963251) (admitted *pro hac vice*)
Carey Buxton (TX Bar #24124964) (admitted *pro hac vice*)
PETA FOUNDATION
1536 16th Street, NW
Washington, DC 20036
Telephone: (202) 483-7382
Facsimile: (202) 540-2208

*Counsel for Plaintiff People for the Ethical Treatment of Animals, Inc.*

*(Additional parties listed on signature pages)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People for the Ethical Treatment of Animals, Inc.<br><br>Plaintiff,<br><br>v.<br><br>The Barry R. Kirshner Wildlife Foundation, *et al.*<br><br>Defendants. | No. 2:25-cv-01847-ICD<br><br>**STIPULATED REQUEST FOR VACATION OF SETTLEMENT CONFERENCE AND PROPOSED ORDER PURSUANT TO L.R. 230**<br><br>**Conference Date: October 28, 2026**<br>**Conference Time: 10:00 a.m.** |

Plaintiff, People for the Ethical Treatment of Animals, Inc. ("PETA"), and Defendants Roberta Kirshner and the Barry R. Kirshner Wildlife Foundation (collectively, the "Kirshner Defendants") (together with PETA, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly request, pursuant to Local Rules 143 and 230(f), that the Court vacate the Settlement Conference currently set for October 28, 2026. In support thereof, the Parties state as follows:

1. On August 10, 2026, pursuant to the Court's referral of this matter for a settlement conference (ECF No. 47), the Court set a Settlement Conference for October 28, 2026.

2. On October 9, 2026, PETA served an amended notice of intent to sue under the citizen-suit provision of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(2)(A)(i), on six additional individuals whom PETA contends are or were in possession of ESA-listed animals which PETA alleges were previously "taken" by the Kirshner Defendants. Upon expiration of the statutory notice period, PETA anticipates that it will file an amended complaint naming some or all of those individuals as defendants.

3. The Parties believe that a settlement conference will be most productive if it includes the potential new defendants, thus including all interested parties. Vacating the currently-scheduled Settlement Conference will, accordingly, promote judicial efficiency and make the best use of the Court's and the Parties' time and resources.

4. Counsel for PETA and counsel for the Kirshner Defendants met-and-conferred regarding the status of the Settlement Conferenced by e-mail on October 15 and 19-20, 2026, and the Parties have agreed to request vacation of the currently-scheduled Settlement Conference and related deadlines. The Parties will seek to re-schedule the Settlement Conference once any additional defendants have been added to the lawsuit.

5. This request is made at least seven (7) days before the currently-scheduled Settlement Conference, as required by Local Rule 230(f). No prior continuance or request to vacate the Settlement Conference has been made.

Accordingly, the Parties respectfully request that the Court vacate the Settlement Conference currently set for October 28, 2026 and all related deadlines.

**IT IS SO STIPULATED.**

Date: October 20, 2026.

Respectfully submitted,


<u>*/s/ Chris A. Hollinger*</u>
Chris A. Hollinger (SBN 147637)
chollinger@omm.com
Kaitlyn A. Gosewehr (SBN 313458)
kgosewehr@omm.com
Andrew N. Ezekoye (SBN 360536)
aezekoye@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Laura K. Kaufmann (SBN 329714)
lkaufmann@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Raquel Panza (NY Bar #5963251) (*pro hac vice*)
Carey Buxton (TX Bar #24124964) (*pro hac vice*)
PETA FOUNDATION
1536 16th Street, NW
Washington, DC 20036
Telephone: (202) 483-7382
Facsimile: (202) 540-2208

*Counsel for Plaintiff People for the Ethical Treatment of Animals, Inc.*

<u>*/s/ Patrick Michael Ciocca*</u>
Patrick Michael Ciocca (SBN 219418)
pmcesq1@gmail.com
2901 Cleveland Avenue, Suite 201
Santa Rosa, CA 95403-2788
Telephone: (415) 265-4200
Facsimile: (707) 286-0058

*Counsel for Defendants The Barry R. Kirshner Wildlife Foundation and Roberta Kirshner*

## SIGNATURE ATTESTATION

I, Chris A. Hollinger, hereby attest under penalty of perjury that I have the authority to sign this document on behalf of counsel for the Kirshner Defendants, who has authorized the submission of this Stipulated Request for Vacation of Settlement Conference on his behalf. Pursuant to Local Rule 131(e), I further certify that no physical original signature of counsel for the Kirshner Defendants exists, but that his authorization has been duly obtained via e-mail and documented by me. I will retain records of this authorization for one year following the exhaustion of all appeals in this matter and will produce such records for inspection if requested by the Court.

*/s/ Chris A. Hollinger*
Chris A. Hollinger

**[PROPOSED] ORDER**

The Court, having considered the Parties' Stipulated Request for Vacation of Settlement Conference, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Parties' Stipulated Request for Vacation of Settlement Conference is **GRANTED**.

2. The Settlement Conference set for October 28, 2026, at 10:00 a.m., and all related deadlines are **VACATED**.

Dated:____________________ ________________________

United States Magistrate Judge