**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,

Plaintiff,

v.

THE BARRY R. KIRSHNER WILDLIFE FOUNDATION, et al.,

Defendants.

No. 2:25-cv-1847-ICD

ORDER

The Court has considered the Parties' Stipulated Request for Vacation of Settlement Conference and finds good cause appearing.

IT IS HEREBY ORDERED that:

1. The Parties' Stipulated Request for Vacation of Settlement Conference is **GRANTED**.

2. The Settlement Conference set for October 28, 2026, at 10:00 a.m., and all related deadlines are **VACATED**.

The current scheduling order (ECF No. 46) remains in effect.

Dated: October 21, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE